FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 15 2011
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

Reco Blakely
   Full name of Plaintiff

Prisoner ID. No. 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

v.

CASE NO. 11-4088

Sheriff James Singleton
Cpt Johnny Godbolt
Lt. Melson
   Full name of the defendant, or defendants

RECEIVED WD/AR SEP 09 2011 U.S. CLERK'S OFFICE

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action
   Yes _____    No __✓__

   B. If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there more than one, lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)
      1. Parties to this lawsuit
         Plaintiffs: _____

         Defendants: _____

( Revised 11/2010 )

-1-

2. Court (if federal court, name the district; if state, name the county): _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _____

III. There is a written prisoner grievance procedure in Arkansas Department of Correction and in your county jail. Failure to complete the grievance procedure may affect your case in federal court.

A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

    Yes  ✓        No. _____

B. If your answer is Yes. Attach copies of the most recent written grievance(s) response(s) relating to your claims showing completion of the grievance procedure. Failure to Attach The Required Copies May Result In The Dismissal Of Your Complaint.

C. If your answer is no explain why not: Yes but some of our complaints are not answered by Capt Johnny Godbolt and on several different times officers have threw them in the trash C/O Bunns, Sgt. Bland, Jimmy Smith, C/O Davidson

IV.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of plaintiff: __Reco Marvet Blakely__

Address: __1820 Clinton, St. Arkadelphia Ar 71923__
__Hempstead Co Detention Facility,__
__312 South Washington Hope Ar 71801__

(In Item B below, place the full name of the defendant in the first blank, his official position in this second blank, his place of employment in the third blank & his address in the 4th

B.  Defendant: __James Singleton__

Position: __Sheriff__

Placement of Employment: __Hempstead County Detention Facility__

Address: __312 S. Washington Hope, Ark 71801__

Defendant: __Johnny Godbolt__

Position: __Captain__

Place of Employment: __Hempstead County Detention Fac.__

Address: __312 S. Washington Hope Ar 71801__

Defendant: __Lt Melson__

Position: __Lt. Mainteance__

Place of Employment: __Hempstead County Detention Fac__

Address: __312 S. Washington Hope Ar 71801__

Defendant: _____

Position: _____

Place Of Employment: _____

Address: _____

Defendant: _____

Position: _____

Place of Employment _____

Address: _____

V. Are you suing the defendants in: (check the appropriate blank)

___ official capacity only
___ personal capacity only
✓ both official and personal capacity

VI At the time of the alleged incidents(s), were you:

(check the appropriate only)
✓ in jail and still awaiting trial on pending criminal charges
___ serving a sentence as a result of a judgement of conviction
___ in jail for other reason (e.g., alleged probation violation, etc.)

Explain: _____

_____

Please provide the date of your conviction or probation or parole revocation:

_____

VII. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any causes or statutes. If you intend to allege a number of related claims, number and set forth each claim in a seperate paragrap

Lt. Glover over Memos Dr Appointmenss & work hand and hand with Sheriff James Singleton, Capt Johnny Godbolt is the Jail Administrator to make sure all policies and rules are followed by Jailbrs and inmates. Lt Melson is Lt over mainteance his job is to fix anything broken but he yelled out verbal threats to me Aug. 25, 2011 to take my day out if I didn't push the call button for an inmate my job is not to watch inmates but take care of myself out of 168 hours Sheriff Singleton, Johnny Godbolt, Stephen Glover have us locked dow 161 hours my job is not of another inmate but self. I had to watch a sucidal man get stripped butt naked and placed in a cell without a camera or

-4-

being in a padded cell. And it hurted me. And If I didnt push the button I could be charged for another inmate on my day out.

## Cruel & Unusal Punishment

What I have here today is evidence of Cruel & Unusal Punishment. Over the last 5½ years inmates has been locked in a 2 man cell for 24 hours a day. Which breaks our Constitution right to assemble our self peacefully in a designated area. Torcher of inmates mentally is uncalled for. We are locked in a cell inside a cell. The idea is to show how this affect everyone 1st starting with me. Depression may not be the 1st cause of death. But it ranks in the top 5 among men, women, & teenagers. And if a behavior pattern can be changed because of it then it affect family along with the person that is depressed. A dog can come out its dog house to play with other pups. Then how can one man not socialize with other humans in a dayroom. Are we not better than dogs we are trained as robots in here. So yes 24 hours a day locked in a 2 man cell will cause one to seek to kill him or herself. Everyday I think of taking my life and sometime others as well. The reason behind this is mental abuse without proper medical attention. If u was locked down 24 hours each day how would it make you feel and you haven't been convicted of any crime. And we have a dayroom with 3 tables inside a pod with 12 seats. And out of them 12 seats no inmate is allowed at the table to eat or sit. And how do you think it feels to eat sitting on a toilet where u have to urinate & defecate at everyday. And we are allowed one cell clean up a week. We eat and live inside a cell with one call button inside a pod. And one inmate held accountable for 11. And if the inmate don't like you. Then your out of luck. So do it hurt me yes it do. Im the one the paper talk about 23-24 hours a day having time to injure myself who suffer from depression. Bipolar, high blood pressure, sleep disorders, anxiety, castrophobia, sucidal thoughts & homecidal thoughts that has been proven through a psychological evaluation. So being locked down do not help my cause. Out of a 168 hours 161 is locked down. So im sucidal and is scared to go outside my cell. And for this reason my depression at its highest point to where I dont want to live no more and scared to go outside. If you know that 23-24 hours a day will cause a person to injure theyselves why keep us locked down like animals with limited access to the outside world and family. This is cruel for any human in a jail. And if the courts agree its right then you are no better than the ones who brought slavery like John Hawkins & Willie Lynch. And with that we are locked behind not 1 but 2 doors in a pod and then locked in a cell. No inmate should be held responsible for another one. Everyday I witness sucidual inmates and one recently watched a sucidual inmate get locked inside a cell stripped but naked and wasn't in a padded cell. This is not my job to come out my cell to watch another inmate with depression im not a Dr. or Shrink I cant help him I cant help myself. And this jail cant either help me and I cant help others but Im burdened by authorities who are high up. Im not a jailer or CIO to be watching inmates.

VIII. Relief

State briefly exactly what you want to do for you. Make no legal arguments. Cite no cases or statues.

Cruel & Unusal punishment, Pain and Suffering

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this ___06___ day of September, 2011

_____
Singnature of Plaintiff

- 5 -

## Special jail cell okayed

By STEPHANIE HARRIS
Hope Star Writer

The Hempstead County Quorum Court has approved the addition of a padded cell to the Hempstead County Detention Facility to hold prisoners at the request of Hempstead County Sheriff James Singleton.

"Medical expenses have taken a big toll on our budget this year," Singleton said.

He said when the jail was originally built they had included a padded cell and for some reason at the time it had been cut.

"We have needed this from day one," he said, talking in reference to when they moved into the current facility in 1994. "It will pay for itself by saving on medical costs."

Singleton said the county may get an inmate that is violent and will hit their head against the wall, or kick doors. He said the regular cells have metal sinks, "but in the padded cell they will have nothing to scrape themselves on or other such things they could try."

Some are under the effects of a controlled substance.

"We have restraints, but the padded cell will serve our restraints better," Singleton said.

SEE FACILITY, P. 5

## FACILITY
Continued from Page 1

Over the years the County has had to pay medical costs for prisoners who have attempted this type of thing.

"We had one recently that cut himself and he had to be flown to Texarkana and we had a $30,000 medical bill on that," Singleton said.

He said the padded cell will have no metal, but basically a hole in the floor and padded walls.

The county is responsible for all medical bills, according to Singleton. He said when an inmate sits in a cell for 23-24 hours a day, all they do is have time to think of things such as ways to injure themselves.

"Once we take them in custody, we are responsible for them," he said.

Also in these cases, Singleton said these are prisoners who have been through psychological evaluations and have already been declared competent to stand trial."

He said they hope to cut down on some of their liability and medical expenses.

"We are just trying to reduce the financial burden on the county," he said.

The money will come from the jail lawsuit fund, and will cost in the area of $27,000, according to Singleton. They bid the project out and took the low bid from a company out of Indiana.

"They will take an existing cell and turn it into a padded cell," Singleton said.

They hope to have the cell completed and ready for use by the first of November.

The jail lawsuit fund was established after the county had filed suit against the contractor who built the facility.

Singleton did not have all the details on that, but said the account stood at $250,000 when first established.

It was to be used only for major jail needs such as heating or air units. He said the account is now at close to $170,000.

The facility will not be a major set back to county funds, according to Singleton.



Keco Blakely
312 S. Washington St
Hope, Ar 71801

$00.64 SEP 07 2011
MAILED FROM ZIPCODE 71802

Sherry Gilbertson
Pro Se Law Clerk
35 East Mountain Street, Suite 510