IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RECO BLAKELY                                                                                          PLAINTIFF

v.                         Civil No. 4:11-CV-04088

SHERIFF JAMES SINGLETON;
CAPTAIN JOHNNY GODBOLT;
and LIEUTENANT MELSON                                                                     DEFENDANTS

## JUDGMENT

Plaintiff Reco Blakely filed this case *pro se* pursuant to 42 U.S.C. § 1983 on September 15, 2011. ECF No. 1. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 19.

Pursuant to this authority, the Court held a bench trial on July 10, 2014. At the close of Plaintiff's case, Defendants moved for a directed verdict. The undersigned considered the motion and Plaintiff's response to the motion, and then issued findings of fact and conclusion of law on the record. In accordance with these findings and conclusions, the undersigned dismissed Plaintiff's claims against Sheriff James Singleton, Captain Johnny Godbolt, and Lieutenant Melson with prejudice.

Accordingly, the undersigned now issues this Judgment. Plaintiff Reco Blakely's claims brought pursuant to 42 U.S.C. § 1983 against Defendants Sheriff James Singleton, Captain Johnny Godbolt, and Lieutenant Melson are **DISMISSED** with prejudice.

**IT IS SO ORDERED this 11th day of July 2014.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

1